# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3215
LT Case No. 16-2024-CJ-971-A

_____

R.J.W., A CHILD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Andrew Kalil, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend,
Assistant Attorney General, Tallahassee, for Appellee.

October 7, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____